## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM SIMON, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   NO. 06-cv-861-JPG |
| AMERICAN OPTICAL CORPORATION, FLEXO PRODUCTS, INC., MINE SAFETY APPLIANCES CO., and 3M COMPANY, | ) ) ) ) ) ) |
|     Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice, without costs.

**Dated:   July 25, 2007**

        **NORBERT JAWORSKI, CLERK**

        **By:s/Deborah Agans, Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
        **U. S. DISTRICT JUDGE**